**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 22-11195 | JPH | Judge: | Jeffrey P. Hopkins | Trustee Name: | EILEEN K. FIELD, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Jindal Builders & Restoration Corp. | | | | Date Filed (f) or Converted (c): | 07/20/2022 (f) |
| | | | | | 341(a) Meeting Date: | 09/21/2022 |
| For Period Ending: | 12/31/2022 | | | | Claims Bar Date: | 11/21/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account - First National Bank | 4,307.81 | 4,307.81 | | 4,307.81 | FA |
| 2. Federal Tax Refund for 2020 941 Taxes Received by Debtor on 9/20/22. | 12,906.50 | 12,906.50 | | 12,906.50 | FA |
| 3. Machinery, Fixture and Equipment  Scaffolding, 2 office computers, a steel hopper and other miscellaneous items. | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Possible Preference Payment to Anil Jindal  Repayment of loans made to debtor within the prefence period. Asset was disclosed in the Statment of Financial Affairs | 150,000.00 | Unknown | | 0.00 | Unknown |
| 5. Possible Fraudulent Transfer of Real Property  Debtor transferred 18 vacant residential lots in Trotwood, Ohio to Trotwood Property Development, LLC, which is owned by Anil Jindal's spouse, on 9/29/21. The transfer was disclosed in the Statement of Financial Affairs. | 90,000.00 | Unknown | | 0.00 | Unknown |
| 6. Possible Fraudulent Transfer, or Quantum Meruit Claim for Payment of Avil Jindal's Personal Credit Card Charges (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 7. Possible Claim for Return of Preference Payment to Huntington Bank (u)  Debtor paid $90,000.00 to Huntington Bank during the preference period. | 0.00 | Unknown | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $260,214.31 $17,214.31 $17,214.31 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/2022 Trustee is actively investigating the filing of various adversary proceedings in this case.

Initial Projected Date of Final Report (TFR): 12/31/2023    Current Projected Date of Final Report (TFR): 12/31/2023

Trustee Signature:    /s/ EILEEN K. FIELD, TRUSTEE    Date: 01/24/2023
EILEEN K. FIELD, TRUSTEE
EILEEN FIELD LAW OFFICES LLC
3991 HAMILTON MIDDLETOWN ROAD
SUITE U
HAMILTON, OH  45011
(513)684-9000
eileenfield.trustee@fuse.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 22-11195 | Trustee Name: | EILEEN K. FIELD, TRUSTEE |
|---|---|---|---|
| Case Name: | Jindal Builders & Restoration Corp. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0739 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0000 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 10/05/22 | 1 | First National Bank<br>2001 Dixie Highway<br>Fort Wright, KY 41011 | Non-exempt cash<br>This deposit was inadvertently aggregated with Deposit #202 when scanning for a total of $17,214.31. | 1129-000 | $4,307.81 | | $4,307.81 |
| 10/05/22 | 2 | United States Treasury | 2020 Tax refund | 1124-000 | $12,906.50 | | $17,214.31 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.55 | $17,197.76 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.38 | $17,179.38 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $17,214.31 | $34.93 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,214.31 | $34.93 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,214.31 | $34.93 |

Page Subtotals:   $17,214.31   $34.93

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0739 - Checking | $17,214.31 | $34.93 | $17,179.38 |
|  | $17,214.31 | $34.93 | $17,179.38 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $17,214.31 |
| Total Gross Receipts: | $17,214.31 |

Trustee Signature:    /s/ EILEEN K. FIELD, TRUSTEE    Date: 01/24/2023

EILEEN K. FIELD, TRUSTEE
EILEEN FIELD LAW OFFICES LLC
3991 HAMILTON MIDDLETOWN ROAD
SUITE U
HAMILTON, OH  45011
(513)684-9000
eileenfield.trustee@fuse.net

Page Subtotals:    $0.00    $0.00